LEWES, Respondent, *v.* THOMPSON, Appellant.

A sheriff's deputy may execute a deed for property sold under execution, but he must execute it in the name of the sheriff. If executed in his own name, it is decisive against the party claiming under it.

APPEAL from the Sixth Judicial District.

This was an action to recover possession of a tract of land. In producing his title, the plaintiff gave in evidence, a deed executed by the deputy sheriff in his own name, arising out of the foreclosure of a mortgage, under which plaintiff claimed. The deed was excepted to, but admitted by the court, who rendered judgment for the plaintiff. Defendant appealed.

HEYDENFELDT, Justice, delivered the opinion of the court. MURRAY, Chief Justice, concurred.

Although a sheriff's deputy may execute a deed for property sold under execution, he must execute it in the name of the sheriff. This principle has been settled by a long current of authorities, and as it is decisive of this action, it is unnecessary to enter into the consideration of the other questions raised on the record.

Judgment reversed, and cause remanded.